AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DAWSON, JR., HOWARD A. | U.S. TAX COURT | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Senior Status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. TAX COURT
400 SECOND ST., N.W.
WASHINGTON, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stocks are common shares unless otherwise specified | | | | | | | | | |
| 2. Bank of America-checking | A | Interest | L | T | | | | | |
| 3. Bank of America-M.Mkt. | A | Interest | K | T | | | | | |
| 4. Coca Cola Inc. | A | Dividend | J | T | | | | | |
| 5. Kraft Foods Inc. | A | Dividend | K | T | | | | | |
| 6. Pembina Pipeline | C | Dividend | K | T | Buy | 10/25/11 | J | | |
| 7. Telcom Corp. NZ | A | Dividend | J | T | | | | | |
| 8. Keyspan Corp. (now Keycorp) | A | Dividend | J | T | | | | | |
| 9. Progress Energy | B | Dividend | K | T | | | | | |
| 10. Reynolds American | A | Dividend | J | T | | | | | |
| 11. Reynolds American | A | Dividend | J | T | | | | | |
| 12. Southern Co. | B | Dividend | K | T | | | | | |
| 13. DNP Select Income Fund | C | Dividend | K | T | | | | | |
| 14. Aberdeen Asia Income Fund | A | Dividend | J | T | | | | | |
| 15. Provident Energy Trust | A | Dividend | J | T | | | | | |
| 16. Provident Energy Trust | A | Dividend | J | T | | | | | |
| 17. Philip Morris Intl. Co. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price MD Bond Fund | D | Interest | M | T | | | | | |
| 19. Atlantic Power Corp. | B | Dividend | K | T | Buy | 10/25/11 | K | | |
| 20. Dreyfus T.E. Bond Fund | B | Interest | K | T | | | | | |
| 21. MD Trans. Auth. Bonds | A | Interest | J | T | Redeemed (part) | 07/01/11 | J | C | |
| 22. MFS Inter. Inc. Trust | A | Dividend | J | T | | | | | |
| 23. No. Eur. Oil Rlty Trust | B | Royalty | K | T | | | | | |
| 24. Southern Co. | A | Dividend | J | T | | | | | |
| 25. Washington Gas (WGL) | A | Dividend | K | T | | | | | |
| 26. BAC Capital Trust Pfd. | A | Dividend | J | T | | | | | |
| 27. Fairpoint Comm. | A | Dividend | | | Sold | 04/14/11 | J | | |
| 28. Pepsico | A | Dividend | J | T | | | | | |
| 29. N.B. Mun. Securities Trust | B | Interest | K | T | | | | | |
| 30. Southern Copper Corp. | B | Dividend | | | Sold | 01/04/11 | K | D | |
| 31. Altria Inc. | B | Dividend | K | T | | | | | |
| 32. Abbott Labs | A | Dividend | J | T | | | | | |
| 33. Enbridge, Inc. | A | Dividend | K | T | Buy | 04/15/11 | J | | |
| 34. Johnson & Johnson Co. | A | Dividend | K | T | Buy | 05/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wachovia Pfd. | A | Dividend | J | T | | | | | |
| 36. Exxon-Mobil | B | Dividend | K | T | | | | | |
| 37. Encana Corp. | A | Dividend | J | T | | | | | |
| 38. Bristol-Myers-Squibb | A | Dividend | K | T | Buy | 04/15/11 | J | | |
| 39. Telecom de Sao Paulo | B | Dividend | K | T | | | | | |
| 40. Fidelity Md. Spartan Bond Fund | C | Interest | L | T | | | | | |
| 41. Templeton Emer. Mkt. Income Fund | A | Dividend | J | T | | | | | |
| 42. Verizon Inc. | B | Dividend | K | T | | | | | |
| 43. AT&T Inc. | B | Dividend | K | T | | | | | |
| 44. H.J. Heinz Co. | A | Dividend | J | T | | | | | |
| 45. DTF Tax Free Income | B | Dividend | K | T | | | | | |
| 46. Dow Chemical | A | Dividend | J | T | | | | | |
| 47. Procter & Gamble | A | Dividend | J | T | | | | | |
| 48. General Electric Co. | A | Dividend | | | Sold | 11/30/11 | J | | |
| 49. Australia & NZ Bank | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 50. Annaly Capital | A | Dividend | J | T | | | | | |
| 51. RMA Tax Free Fund (UBS) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raytheon Corp. | A | Dividend | J | T | | | | | |
| 53. Felcor Suite Hotels Pfd. | A | Dividend | J | T | | | | | |
| 54. Telstra Corp. | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 55. Wal-Mart Stores | A | Dividend | K | T | | | | | |
| 56. Microsoft. | A | Dividend | J | T | | | | | |
| 57. Transcanada Corp. | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 58. ACC Income Fund | A | Dividend | J | T | | | | | |
| 59. United Utilities | A | Dividend | J | T | | | | | |
| 60. Microsoft | A | Dividend | K | T | | | | | |
| 61. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 62. Dominion Resource BW | A | Dividend | J | T | | | | | |
| 63. Bank of America Pfd. Trust I | A | Dividend | J | T | | | | | |
| 64. Royal Dutch Pet. Co. | B | Dividend | K | T | | | | | |
| 65. Penn West Energy Trust | B | Dividend | K | T | | | | | |
| 66. General Electric Co. | A | Dividend | | | Sold | 11/30/11 | J | | |
| 67. National Grid PLC | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 68. Astra Zeneca | B | Dividend | K | T | Buy | 05/12/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lorillard, Inc. | A | Dividend | J | T | | | | | |
| 70. Pimco Corp. Op. Fund | B | Dividend | K | T | | | | | |
| 71. ING Group (Debt) | A | Interest | J | T | | | | | |
| 72. AT&T Inc. | B | Dividend | K | T | | | | | |
| 73. Genuine Parts | A | Dividend | J | T | | | | | |
| 74. Pitney Bowes | A | Dividend | J | T | | | | | |
| 75. DuPont | A | Dividend | J | T | | | | | |
| 76. Wells Fargo | A | Dividend | J | T | | | | | |
| 77. Clorox | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 78. Enerplus Res. Fund | B | Dividend | K | T | Buy | 04/15/11 | J | | |
| 79. AGL Resources (Formerly NICOR Inc.) | A | Dividend | J | T | Distributed (part) | 12/15/11 | J | C | |
| 80. Piedmont Nat. Gas | A | Dividend | K | T | | | | | |
| 81. Canon Inc. | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 82. Diageo PLC | A | Dividend | K | T | Buy | 05/12/11 | K | | |
| 83. Sanofi | A | Dividend | J | T | Buy | 05/12/11 | J | | |
| 84. Nuveen MD Muni Bond Fund | A | Interest | K | T | Buy | 10/25/11 | K | | |
| 85. American MD T. Exempt Fund | A | Interest | K | T | Buy | 10/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royal Dutch Pet. Co. | B | Dividend | K | T | | | | | |
| 87. Verizon | B | Dividend | K | T | | | | | |
| 88. Brasil Telecom | A | Dividend | | | Sold | 11/30/11 | J | | |
| 89. Windstream Corp. | B | Dividend | K | T | | | | | |
| 90. Nestle | A | Dividend | J | T | Buy | 05/12/11 | J | | |
| 91. Bank of Nova Scotia | A | Dividend | J | T | | | | | |
| 92. Bank of Nova Scotia | A | Dividend | J | T | | | | | |
| 93. France Telecom | A | Dividend | J | T | | | | | |
| 94. Kimberly Clark | A | Dividend | J | T | | | | | |
| 95. Kimberly Clark | A | Dividend | J | T | | | | | |
| 96. Yanzhou Coal Mining | A | Dividend | J | T | | | | | |
| 97. Brasil Telecom | A | Dividend | | | Sold | 11/30/11 | J | | |
| 98. Cenovus Energy Corp. | A | Dividend | J | T | | | | | |
| 99. i Shares MSCI Brazil | A | Dividend | J | T | | | | | |
| 100. Chevy Chase Bank - Checking | A | Interest | L | T | | | | | |
| 101. Novartis | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 102. Frontier Comm. Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 79. - AGL stock was received in a merger with NICOR and cash distributed.

| Name of Person Reporting | Date of Report |
|---|---|
| DAWSON, JR., HOWARD A. | 05/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HOWARD A. DAWSON, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544